No. 212.   BARNETT ET AL. *v.* RECONSTRUCTION FINANCE CORPORATION.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Messrs. Dominic P. Sevald* and *Fred Barnett* for petitioners. *Assistant Solicitor General Fahy* and *Messrs. C. J. Durr* and *Hans A. Klagsbrunn* for respondent.